IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMADOU SEYDI,

    Petitioner,

      v.

WARDEN, MOSHANNON VALLEY
PROCESSING CENTER

    Respondent.

Civil Action No. 26-1223

STEPHANIE L. HAINES
United States District Judge

(Electronic Filing)

## PROPOSED ORDER

NOW, this ____28___ day of __July_____ 2026, upon consideration of

Respondent's Motion to Dismiss Second Petition for Writ of Habeas Corpus, IT IS HEREBY

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Second Petition for Writ of Habeas Corpus is hereby

DISMISSED WITHOUT PREJUDICE. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

_____
STEPHANIE L. HAINES
United States District Judge

Copies To: David Lew, AUSA
          Amadou Seydi, Petitioner